IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS HORTON, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:25-CV-1206-X-BW |
| | § | |
| MOLINA HEALTHCARE OF | § | |
| TEXAS, INC., et al., | § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection and a proposed amended complaint were filed. Doc. 17. In the objection, Horton admits "The [ ] complaint was not up to par and . . . asks the Court to grant leave to amend the complaint."[1] The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendant Molina Healthcare of Texas, Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 5) is **GRANTED**, and Plaintiff Lucas Horton's motion for a hearing (Doc. 11) is **DENIED**.

---

[1] Doc. 17 at 9.

The Court **GRANTS** leave to file the amended complaint (Doc. 17-6) and orders the clerks office to docket the attached proposed complaint as the new live pleading in this action.

**SO ORDERED** this 20th day of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE